IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

NRG2, LLC,

    Plaintiff,

v.                                          Case No.: 2:22-cv-00080-JLB-NPM

ISLAND ROOFING, LLC
N/K/A ISLAND ROOFING
AND RESTORATION, LLC,

    Defendant.
_____/

**DEFENDANT'S UNOPPOSED MOTION FOR LEAVE TO FILE REPLY TO PLAINTIFF'S RESPONSE IN OPPOSITION TO DEFENDANT'S MOTION TO DISMISS THE AMENDED COMPLAINT**

NOW COMES Defendant, ISLAND ROOFING AND RESTORATION, LLC ("Island"), by and through undersigned counsel, and pursuant to Local Rule 3.01(d), and hereby respectfully requests leave to file a reply to Plaintiff's, NRG2, LLC ("Plaintiff"), Response in Opposition to Defendant's Motion to Dismiss the Amended Complaint [Doc. 27]. As good grounds for this motion, Island states as follows:

1. On April 12, 2022, Island filed Defendant's Motion to Dismiss Amended Complaint [Doc. 24]. Therein, Island argued, in part, that dismissal of the Amended Complaint [Doc. 23] was warranted because Plaintiff failed to

Page 1 of 3

sufficiently allege facts to support diversity jurisdiction.

2. On April 19, 2022, Plaintiff filed Plaintiff's Response in Opposition to Defendant's Motion to Dismiss the Amended Complaint [Doc. 27]. Therein, Plaintiff argued, in part, that Plaintiff sufficiently alleged diversity jurisdiction and asserted that "Defendant does not challenge whether the parties are diverse[.]" [Doc. 27, p. 6].

3. Island respectfully requests the opportunity to further brief the Court on the issue of diversity jurisdiction, as well as Plaintiff's assertion that Island does not challenge diversity, in a reply not to exceed five (5) pages.

4. This motion is made in good faith and not for purposes of delaying this proceeding.

WHEREFORE, Island respectfully requests that the Court enter an Order permitting Island to file a reply not to exceed five (5) pages, within fourteen (14) days of the Order.

## LOCAL RULE 3.01(g) CERTIFICATION

Island hereby certifies that, by and through undersigned counsel, it has conferred via e-mail with counsel for Plaintiff relating to the relief sought in this Motion. Counsel for Plaintiff has advised that the relief sought is unopposed.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on April 19, 2022, I electronically filed the foregoing with the Clerk of Court by using the Court's CM/ECF system thereby serving all registered users in this case.

>/s/ Donald G. Peterson, Esq.
Donald G. Peterson, Esq.
Florida Bar No. 711616
Yasser Lakhlifi, Esq.
Florida Bar No, 116566
YARNELL & PETERSON, P.A.
3431 Pine Ridge Road, Suite 101
Naples, Florida 34109
Ph 239/566-2013; Fax 239/566-9561
service@napleslaw.us
donpeterson@napleslaw.us
yasserlakhlifi@napleslaw.us
stacycollins@napleslaw.us
*Attorneys for Defendant*